UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM MELVIN ALLEN, | No. CV 10-2323-DOC (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES D. HARTLEY, | |
| Respondent. | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed.

DATED: June 15, 2011

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE